**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **EDEKKA LLC,** <br><br>           **Plaintiff,** <br>   v. <br><br> **BARNEYS NEW YORK, INC.,** <br><br>           **Defendant.** | Case No. 2:14-cv-405 <br><br> **LEAD CASE** |
| **EDEKKA LLC,** <br><br>           **Plaintiff,** <br>   v. <br><br> **JOS. A. BANK CLOTHIERS, INC.,** <br><br>           **Defendant.** | Case No. 2:14-cv-449 <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL OF DEFENDANT JOS. A. BANK
CLOTHIERS, INC., WITH PREJUDICE**

On this day the Court considered the Agreed Motion to Dismiss Defendant Jos. A. Bank Clothiers, Inc., with Prejudice, filed by Plaintiff eDekka LLC ("eDekka"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all causes of action and claims asserted by eDekka against Jos A. Bank Clothiers, Inc., are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 29th day of October, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE